LUCY COCCARO, Respondent, v. ANTHONY COCCARO, Appellant.— Defendant appeals from a judgment directing him to execute and deliver to plaintiff a bargain and sale deed to real property which he had conveyed to her as part of a separation agreement. Judgment unanimously affirmed, without costs. The conveyance of the real property in the separation agreement constituted an executed contract which was not undone, in the absence of intention so to do, by the termination of the separation agreement upon resumption of the conjugal relationship. (6 Williston on Contracts [rev. ed.], § 1742, p. 4932; 2 Schouler on Marriage, Divorce, Separation and Domestic Relations [6th ed.], § 1312, p. 1561; *Dudley* v. *Fifth Ave. Trust Co.,* 115 App. Div. 396, 398, affd. 188 N. Y. 565; *Smith* v. *Terry,* 38 App. Div. 394, affd. on opinion below 166 N. Y. 632; *Hunt* v. *Johnson,* 44 N. Y. 27.) Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *post,* p. 1078.]

■

JOHN J. CORNYN, Doing Business as CORNYN AUTOMOTIVE EQUIPMENT CO., Respondent, v. UNIVERSITY CHEVROLET, INC., Appellant.— In an action instituted in Nassau County to recover for goods sold and delivered and for work, labor and services incidental thereto, defendant appeals from (1) an order denying its motion for a change of venue from Nassau County, where plaintiff resides, to Bronx County, where the work was done and the materials were furnished, and (2) an order made on reargument, which adhered to the original determination granting an examination before trial of defendant in Nassau County. Order denying motion for change of venue affirmed, without costs. There was no improvident exercise of discretion in the denial of the motion for change of venue. Order granting examination before trial modified by striking therefrom item "13", and as so modified order affirmed, without costs. The examination shall proceed on ten days' notice. The mental and physical condition of George Rosenberg, named in item "13", does not appear to be a relevant matter in this action. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.